UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD CUTLER,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT CLARK FLOOR LLC, *et al.*,<br><br>  Defendants. | Case No. 2:17-cv-01934-APG-PAL<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REMAND**<br><br>(ECF No. 8) |

Plaintiff Richard Cutler filed a motion to remand to state court. ECF No. 8. However, I lack jurisdiction to rule on the motion because this case has been transferred to the United States District Court for the Eastern District of Virginia. ECF Nos. 5, 6, 7. I therefore deny the motion in this court, without prejudice to it being filed in the Eastern District of Virginia.

Additionally, Cutler filed an opposition to transfer this case to the multidistrict litigation pending in the Eastern District of Virginia. ECF No. 9. Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, that opposition must be filed with the Clerk of the Panel on Multidistrict Litigation, not with this court. I therefore will not act on that opposition.

IT IS THEREFORE ORDERED that plaintiff Richard Cutler's motion to remand **(ECF No. 8) is DENIED** without prejudice to filing the motion with the United States District Court for the Eastern District of Virginia in case number 1:17-cv-02809.

IT IS FURTHER ORDERED that I will not address plaintiff Richard Cutler's opposition to the transfer of this action because that opposition must be filed with the Clerk of the Panel on Multidistrict Litigation.

DATED this 4th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE